AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RONDAL ADKINS,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-08-081**
**DeCARLO M. BLACKWELL, et al.,**     **JUDGE EDMUND A. SARGUS, JR.**
                                                   **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendants.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed September 8, 2009, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 8, 2009                  JAMES BONINI, CLERK

                                                             */S/ Andy F. Quisumbing*
                                                              (By) Andy F. Quisumbing
                                                              Courtroom Deputy Clerk